## THE CAROLINA.

### McKENNA *v.* THE CAROLINA.

*(Circuit Court, E. D. New York.   July 9, 1887.)*

1. MARITIME LIENS—MACHINERY FOR DISCHARGE OF CARGO—DAMAGES.
   A lien arises against a vessel for damages occasioned by failure to provide safe machinery for the discharge of her cargo.

2. SAME—PERSONAL INJURIES.
   As a hogshead was being hoisted from the hold of the steam-ship Carolina, a guy-rope, belonging to the ship, and used for the hoisting, parted, and the fall of the hogshead injured libelant.   The officers of the ship knew of the insufficiency of the rope.   No fault could be attributed to libelant.   *Held,* that he was entitled to damages against the ship.

*Anson Beebe Stewart,* for appellee.
*Wheeler & Cortis,* for appellant.

The decree of the district court in the above case (30 Fed. Rep. 199) affirmed, without opinion.

---

## THE CEPHALONIA.

### FOOTE *v.* THE CEPHALONIA.

### FELTY *v.* CUNARD S. S. Co., Limited.

### GREENE, Adm'r, etc., *v.* CUNARD S. S. Co., Limited.

*(Circuit Court, E. D. New York.   July 15, 1887.)*

COLLISION—STEAMER AND TUG—OVERTAKING VESSEL.
   The tug Glen Island, while proceeding down the bay of New York, was overtaken and run down by the steam-ship Cephalonia, of the Cunard Line.   The tug was sunk, and several lives were lost.   Prior to the collision the tug did not alter her course.   On suit brought against the steam-ship to recover for the loss of life and property, *held,* that the Cephalonia, as the overtaking vessel, was bound to have avoided the tug; that the fact that she blew whistles in time to enable the tug to get out of her way was no excuse for the collision; and that she was solely responsible for the collision.

*Butler, Stillman & Hubbard* and *Hyland & Zabriskie,* for libelants.
*Carpenter & Mosher,* for Oliver Greene.
*Owen & Gray,* for Cunard S. S. Co., Limited.

The decree of the district court in the above cases (29 Fed. Rep. 332) affirmed; but entry of the decree in the case of *Greene* v. *Cunard S. S. Co.* suspended, to await the decision of an appeal taken by the respondent in the suit of *Felty* v. *Cunard S. S. Co.,* provided such appeal be taken and perfected within 30 days after the entry of a decree in this court in said suit.